UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL ASSOCIATION OF HOME )
BUILDERS, et al., )
)
      Plaintiffs, )
)
v. ) Civ. No. 00-379 (RJL)
) and consolidated cases
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al., )
)
      Defendants. )

## FINAL JUDGMENT
(September 29, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that defendants' Cross-Motions for Summary Judgment [#60, #62] are **GRANTED** and plaintiffs' Motions for Summary Judgment [#46, #47, #48] are **DENIED**; and it is further

**ORDERED** the defendant's Motion to Strike Plaintiffs' Revised Proposed Order [#142] is **DENIED** as Moot; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge